NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MOZIDO, INC.,**
*Appellant*

**v.**

**APPLE INC.,**
*Appellee*

---

2024-1742

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01150.

---

**JUDGMENT**

---

MEREDITH LEIGH MARTIN ADDY, AddyHart P.C., Atlanta, GA, argued for appellant. Also represented by CHARLES A. PANNELL, III; BENJAMIN CAPPEL, Chicago, IL; JECEACA AN, Kasowitz LLP, New York, NY; MARCUS BARBER, JOHN DOWNING, HEATHER KIM, THUCMINH NGUYEN, JONATHAN K. WALDROP, San Francisco, CA.

JAMES LAWRENCE DAVIS, JR., Sheppard Mullin Richter & Hampton LLP, Menlo Park, CA, argued for appellee. Also represented by FAN ZHANG, Washington, DC; JAMES

RICHARD BATCHELDER, Ropes & Gray LLP, East Palo Alto, CA; CHRISTOPHER M. BONNY, Palo Alto, CA; DOUGLAS HALLWARD-DRIEMEIER, Washington, DC; CASSANDRA B. ROTH, New York, NY.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE and HUGHES, *Circuit Judges,* and KLEEH, *Chief District Judge*).[1]

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 11, 2026
Date

Jarrett B. Perlow
Clerk of Court

————————————

[1]    Honorable Thomas S. Kleeh, Chief District Judge, United States District Court for the Northern District of West Virginia, sitting by designation.